# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY,** **Plaintiff** | 3:14cv1992 |
| v. | (Judge Munley) |
| JOSH MOYER, DEREK BADE, ROBERTO PICONE i/t/a LA DOLCE CASA, CESARE PICONE i/t/a LA DOLCE CASA, MATTHEW W. JONES i/t/a LA DOLCE CASA, ALFONSO PICONE i/t/a LA DOLCE CASA, SALVATORE PICONE i/t/a LA DOLCE CASA, MARIA PICONE i/t/a LA DOLCE CASA, JOESPHINE PICONE i/t/a LA DOLCE CASA, ELEANOR PICONE i/t/a LA DOLCE CASA, ALFONSO DIFIORE i/t/a LA DOLCE CASA, PATRIZIA DIFIORE i/t/a LA DOLCE CASA, and DIMAGGIO'S PIZZA, INC. c/o CESARE PICCONE, **Defendants** | |

## ORDER

**AND NOW**, to wit, this 13th day of March 2015, in accordance with the foregoing memorandum, we hereby use our discretion under the Federal Declaratory Judgment Act to decline to hear this case, and this action is hereby **DISMISSED** without prejudice to the plaintiff pursuing its claims in state court.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**